UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>Robin Samuel Hamilton<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO: 16-04359-JW<br><br>ORDER DISMISSING CASE ON MOTION OF DEBTOR(S) |
|---|---|

This matter is before the Court on a motion to dismiss pursuant to 11 U.S.C. § 1307(b) filed by Robin Samuel Hamilton.

IT IS ORDERED that:

1. The case of Robin Samuel Hamilton is dismissed; and

2. Any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, shall be paid within ten (10) days of the entry of this Order, unless otherwise ordered by the Court.

AND IT IS SO ORDERED.