# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: mobley | Date Created: 4/10/2017 |
| Case: 16–04359–jw | Form ID: pdf01 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Wendi M. Freeman      wendi@freemanwine.com

TOTAL: 1